# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 70459 |
| NICKI BOYD,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 70508<br><br>**FILED**<br><br>JUL 15 2016 |


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's notices of appeal fail to designate any appealable decisions of the district court. Accordingly, we

ORDER these appeals DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-22158

cc: Hon. Douglas Smith, District Judge
Nicki Boyd
Roy L. Nelson, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk